(No. 1224— ▉)

THE EAGLE-PICHER LEAD COMPANY, Claimant, *vs.* STATE OF ILLINOIS,
Respondent.

*Opinion filed October 24, 1928.*

W. F. HEINEMAN, for claimant.

OSCAR E. CARLSTROM, Attorney General; DAVID J. KADYK,
Assistant Attorney General, for respondent.

Mr. CHIEF JUSTICE CLARITY delivered the opinion of the
court:

The claimant, an Ohio corporation, seeks to recover on
account of franchise taxes and initial fees alleged to be
wrongfully collected by the Secretary of State.

This court is of the opinion that claimant had an adequate
remedy at law in courts of general jurisdiction as expressed
by this court in the opinion filed in the case of the *Moline
Plow Company* v. *The State of Illinois,* and in the case of *Geo.
P. Ide & Co., Inc.,* v. *The State of Illinois.*

Therefore it is recommended by this court that this claim
be disallowed.